**F I L E D**
CLERK, U.S. DISTRICT COURT

**10/12/2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>SCOTT ALLEN KRISSMAN,<br><br>          Defendant. | Case no: 8:22-cr-00146-JVS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 931(a): Violent Felon in Possession of Body Armor; 26 U.S.C. § 5861(d): Possession of Unregistered Firearms; 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

     The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 931(a)]

     On or about January 20, 2022, in Orange County, within the Central District of California, defendant SCOTT ALLEN KRISSMAN knowingly possessed body armor, namely, a ballistic vest containing Spartan Armor Systems Ceramic body armor plates, after such body armor had been sold and offered for sale in interstate and foreign commerce.

     Defendant KRISSMAN possessed such body armor knowing that he had previously been convicted of a felony which is a crime of violence

and an offense under state law that would constitute a crime of violence if it occurred within the special maritime and territorial jurisdiction of the United States, namely, Aggravated Assault, in violation of California Penal Code Section 245(a)(1), and Second Degree Robbery, in violation of California Penal Code Sections 211 and 212.5(c), in the Superior Court of the State of California, County of Orange, Case Number 03HF0737, on or about April 26, 2004.

COUNT TWO

[26 U.S.C. § 5861(d)]

On or about January 20, 2022, in Orange County, within the Central District of California, defendant SCOTT ALLEN KRISSMAN knowingly possessed a firearm, namely, an AR Style Short Barrel Rifle with Collapsible Stock, bearing no serial number (commonly referred to as a "ghost gun"), with a barrel of less than 16 inches in length, which defendant KRISSMAN knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and which had not been registered to defendant KRISSMAN in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

FORFEITURE ALLEGATION

[26 U.S.C. § 5872 and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count Two of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

      a.    All right, title, and interest in any firearm involved in such offense; and

      b.    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

//

//

4

substantially diminished in value; or (e) has been commingled with

other property that cannot be divided without difficulty.

                                        A TRUE BILL


                                        /s/
                                        _____
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY W. STAPLES
Assistant United States Attorney
Santa Ana Branch Office